**Order filed April 3, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00760-CR

———————

**RAUL BAHENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1552218**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of State's Exhibit 18 and State's Exhibit 19.

The clerk of the 177th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 18 and State's Exhibit 19, on or before April 15, 2020. The Clerk of this court is directed to receive, maintain, and keep safe the original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of State's Exhibit 18 and State's Exhibit 19.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.